[No. 3368–2.   Division Two.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL KRANTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5657, Frank E. Baker, J., entered February 14, 1978. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 3224–2.   Division Two.   May 1, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE JOE MINES, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 5050, Dale M. Nordquist, J., entered December 17, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3184–2.   Division Two.   May 3, 1979.]

*In the Matter of the Welfare of* ROBERT MCLAUGHLIN, ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 28016, Paul M. Boyle, J. Pro Tem., entered May 19, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3332–2.   Division Two.   May 3, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN IVORY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52054, Thomas R. Sauriol, J., entered January 18, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.